IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CANCER WELLNESS FOUNDATION OF CENTRAL ALABAMA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:26-cv-165-ECM-JTA |
| JENNIFER CONNER, et al., | ) ) | |
| Defendants. | ) | |

## **ORDER**

This matter has been referred to the undersigned for mediation. (Doc. No. 27.) It is hereby ORDERED that mediation in this case is set for **August 20, 2026, at 9:30 a.m.** in Courtroom 4B, Frank Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama 36104.

It is further ORDERED that each of the parties (or a corresponding representative with full settlement authority) shall appear at mediation. All parties (or representatives) should be prepared to present documents and other evidence substantiating their respective claims and defenses. The parties may move jointly to request that the mediation be held by videoconference, if any representative(s) reside(s) outside the State of Alabama.

On or before **August 6, 2026**, each party shall provide the Magistrate Judge with a confidential mediation position statement. The mediation position statement shall be limited to ten pages (double-spaced in 12-point font) and should include:

1. a candid assessment of the strengths and weaknesses of the underlying claims and defenses;

2. a description of the relief sought (where monetary damages are sought, the requesting party should provide evidence supporting the requested damages[1]);

3. a pertinent history of the litigation and past settlement discussions, including the results of the face-to-face settlement conference;

4. an estimate of the costs and time to be expended for further discovery, trial preparation, and trial;

5. a proposed framework for an ultimate resolution of claims; and

6. the counsel's candid assessment of any impediments to settlement.

Mediation position statements are solely for use by the Magistrate Judge in preparing for mediation and should not be filed with the Clerk's Office or served on another party. The parties **shall** transmit mediation position statements in **pdf format** to the chambers of the Magistrate Judge via email to: **AdamsChambers@almd.uscourts.gov**. All matters communicated to the Magistrate Judge in confidence will be kept confidential and will not be disclosed to any other party or to the trial judge.

Mediation conferences are often unproductive unless the parties have already exchanged demands and offers in a serious effort to settle the case on their own. If counsel have <u>not</u> held a good-faith, face-to-face settlement conference <u>where demands and offers were exchanged</u>, as required in the court's scheduling order, **counsel shall confer with each other <u>before</u> the deadline for the filing of the confidential mediation position statement and make a good-faith effort to settle the case <u>by exchanging demands and offers</u>.** Additionally, prior to the mediation conference, **counsel shall confer and attempt**

---

[1] The plaintiff shall provide to the undersigned a written computation of each category of damages claimed by the plaintiff as required under Fed. R. Civ. P. 26(a)(1)(A)(iii).

**to agree upon the form and content of mutual releases for execution** if this case is settled.

Counsel for the parties should confer with their clients <u>before the date of the mediation</u> for a realistic assessment of the value of this case as it relates to reaching a settlement or continuing litigation to a trial.

If the parties settle their claims prior to mediation, they should immediately notify the Magistrate Judge by contacting chambers at (334) 954-3680.

DONE this 9th day of July, 2026.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE