IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CANCER WELLNESS FOUNDATION OF CENTRAL ALABAMA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:26-cv-165-ECM-JTA |
| JENNIFER CONNER, et al., | ) ) | |
| Defendants. | ) | |

## **ORDER**

In an Order entered on July 9, 2026, the undersigned set this matter for mediation, and stated in relevant part the following:

> Mediation conferences are often unproductive unless the parties have already exchanged demands and offers in a serious effort to settle the case on their own. *If counsel have <u>not</u> held a good-faith, face-to-face settlement conference <u>where demands and offers were exchanged</u>, as required in the court's scheduling order, counsel shall confer with each other <u>before</u> the deadline for the filing of the confidential mediation position statement and make a good-faith effort to settle the case <u>by exchanging demands and offers</u>.* Additionally, prior to the mediation conference, counsel shall *confer and attempt to agree upon the form and content of mutual releases* for execution if this case is settled.

(Doc. No. 29 at 2-3) (emphasis added). Review of the parties' mediation position statements[1] indicates the parties failed to **_exchange_** demands and offers **_before_** submitting their confidential mediation position statements as directed. In addition, the parties have not conferred concerning the "form and content of mutual releases" as ordered.

---

[1] The undersigned uses the term "statements" loosely as Plaintiff failed to submit its statement by the court deadline of August 6, 2026. (*See* Doc. No. 29 at 1.)

Accordingly, it is ORDERED as follows:

1. **On or before noon on August 11, 2026**, the parties shall comply with the directives in the July 9, 2026 Order by exchanging demands and offers <u>and</u> conferring about the form and content of mutual releases.

2. The parties shall <u>file a joint notice of compliance</u> **by close of business on August 12, 2026.**

3. **Plaintiff must submit its confidential mediation position statement by <u>close of business today.</u>** The undersigned cannot properly prepare for mediation absent Plaintiff's required confidential mediation statement. If Plaintiff does not submit the statement by <u>this second deadline</u>, the undersigned will consider Plaintiff's failure to submit the required confidential mediation statement as conveyed intent not to mediate this case and will cancel the mediation.[2]

DONE this 7th day of August, 2026.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

---

[2] This is Plaintiff's case and it has the obligation to participate in mandatory mediation. It is not the undersigned's obligation to beseech Plaintiff repeatedly to obtain the confidential mediation statement required to prepare for mediation.